KATHERINE C. GOULD, Respondent, *v.* HOWARD GOULD, Appellant.

*Gould* v. *Gould*, 168 App. Div. ——, appeal dismissed.
(Submitted April 26, 1915; decided May 4, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 1, 1915, which affirmed an order of Special Term denying a motion to vacate a judgment for arrears in alimony.

The motion was made upon the ground that permission to appeal had not been obtained.

*Alphonse F. Spiegel* for motion.

*Martin W. Littleton* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.